**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6303**

MICHAEL TOWNES,

Plaintiff - Appellant,

v.

NC DEPARTMENT OF PUBLIC SAFETY; LIEUTENANT EASTWOOD; OFFICER LITTLE; JAMES ENGELTON; CRAVEN CORRECTIONAL INSTITUTION,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:24-ct-03044-M)

Submitted:  January 22, 2026                                     Decided:  January 29, 2026

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Townes, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Townes appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order and judgment. *Townes v. N.C. Dep't Pub. Safety*, No. 5:24-ct-03044-M (E.D.N.C. Mar. 17, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
